UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,      SATISFACTION OF JUDGMENT

    -against-      Criminal Docket
    No. CR-99-0828
    (GERSHON, J.)

JEFFREY GREEN,
    Defendant.

- - - - - - - - - - - - - - - -X

    WHEREAS, a judgment of restitution, was imposed against the defendant and in favor of the United States of America, in the amount of $100,100.00, on the 20th day of December 2001, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on December 28, 2001; and

    WHEREAS, said judgment has been fully paid as to the defendant JEFFREY GREEN;

    THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant JEFFREY GREEN.

Dated:   Brooklyn, New York
       June 11, 2010

                                      LORETTA E. LYNCH
                                      United States Attorney
                                      Eastern District of New York
                                      271 Cadman Plaza East, 8th Fl.
                                      Brooklyn, New York 11201

                         By:  *s/Bonni J. Perlin*
                                      BONNI J. PERLIN
                                      Assistant U.S. Attorney
                                      (718)254-6264